UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

  Plaintiff,

v.

NATHAN THORNSBERRY,

  Defendant.

Case: 4:24-mj-30359
Judge: Ivy, Curtis
Filed: 08-22-2024
USA v THORNSBERRY (sk)

Originating No. 24-mj-00263

---

### GOVERNMENT'S PETITION FOR TRANSFER OF DEFENDANT TO ANOTHER DISTRICT AND SUPPORTING BRIEF

---

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant NATHAN THORNSBERRY to answer to charges pending in another federal district, and states:

1. On August 22, 2024, defendant was arrested in the Eastern District of Michigan in connection with a federal arrest warrant issued in the District of Columbia. Defendant is charged in that district with Entering or Remaining in a Restricted Building or Grounds in violation of 18 U.S.C. § 1752(a)(1); Disorderly or Disruptive Conduct in a Restricted Building or Grounds in violation of 18 U.S.C. § 1752(a)(2); Act of Physical Violence in a Restricted Building or Grounds in violation of 18 U.S.C. § 1752(a)(4); Disorderly or

Disruptive Conduct in a Capitol building or Grounds in violation of 40 U.S.C. § 5104(e)(2)(D); Obstruction of Law Enforcement During Civil Disorder in violation of 18 U.S.C. § 231(a)(3) and Assaulting, Resisting, or Impeding Certain Officers in violation of 18 U.S.C. § 111(a)(1).

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above. *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

                                           Respectfully submitted,

                                           DAWN N. ISON
                                           United States Attorney

                                           s/Anthony Vance
                                           ANTHONY VANCE
                                           Assistant United States Attorney
                                           600 Church Street, Suite 200
                                           Flint, MI 48502
                                           Anthony.vance@usdoj.gov
                                           (810) 766--5177
                                           P-61148

Dated: August 22, 2024